**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: USA v. Carter
Civil No. PJM 19-121

DATE: April 6, 2023

\* \* \*

The Court has reviewed the Fourth Circuit's decision affirming the Defendant's conviction, vacating his sentence, and remanding to this Court for resentencing. ECF No. 100. The Court requests that within thirty (30) days, counsel file any objections or considerations as to the continued proceedings. The Court will then schedule a Resentencing for the Defendant.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File