**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                                    **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                              **GREENBELT, MARYLAND  20770**
                                                                                         **301-344-0632**

MEMORANDUM

TO:           Clerk of Court; Counsel of Record

FROM:      Judge Peter J. Messitte

RE:           United States v. Ricardo Carter II
                 19-cr-121

DATE:        September 2̲7̲, 2023

* * *

Although the Court noted at the Resentencing on September 26 that it would adopt the Presentence Investigation Report (PSR) without change, it was the Court's intention to adopt its calculation of the guideline range as determined at the Sentencing on December 9, 2021, and as stated in the Statement of Reasons filed on December 15, 2021 (ECF No. 69). There was a difference between the guideline range in the PSR and what the Court found.

The determination of the guideline range in the PSR (ECF No. 60) was as follows:
- Total Offense Level: **23**
- Criminal History Category: IV
- Guideline Range: **70 to 87 months for Count 1**; 24 months for Count 2
- Supervised Release Range: 2 to 5 years for Count 1; 1 year for Count 2
- Fine Range: $20,000.00 to $1,000,000.00 (total for both counts)

But the Court's determination of the guideline range, as reflected in the December 2021 Statement of Reasons was:
- Total Offense Level: **20**
- Criminal History Category: IV
- Guideline Range: **51 to 63 months for Count 1**; 24 months for Count 2
- Supervised Release Range: 2 to 5 years for Count 1; 1 year for Count 2
- Fine Range: $20,000.00 to $1,000,000.00 (total for both counts)

The Court believes that its own original finding as opposed to Probation's should apply, which is actually lower than what Probation recommended. In no way, however, does it affect the sentence the Court imposed on September 26, 2023, including the terms and conditions of supervised release, this time including the additional condition with respect to "provid[ing] the probation officer with access to any requested financial information and authroiz[ing] the release of any financial information."

Please notify the Court promptly of your position with respect to the Court's wish to stick with the original computation.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:    Court File